James P. MITCHELL, Secretary of Labor, United States Department of Labor, Appellant,

v.

HORSE-SHOE MILLS, Inc., a Corporation, et al.

No. 15136.

United States Court of Appeals Eighth Circuit.

Sept. 30, 1954.

Stuart Rothman, Sol., U. S. Department of Labor, Bessie Margolin, Chief, Appellate Section, U. S. Department of Labor, Washington, D. C., and Earl Street, Regional Atty., U. S. Department of Labor, for Appellant.

Bridges & Young, Pine Bluff, Ark., for appellees.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant.